UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Brenda Ealey,

                        Plaintiff(s),

v.                                                    Case No. 4:13–cv–10723–TGB–MKM
                                                      Hon. Terrence G. Berg

Benjigates Estates, LLC, et al.,

                        Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

        Motion for Reconsideration – #25

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg *without* oral argument.

Courtesy copies are not required.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                         By: s/A Chubb
                                                                         Case Manager

Dated:  February 7, 2014