# Exhibit A

## BENJIGATES ESTATES, LLC

28600 Southfield Rd Ste. 200C – Lathrup Village, MI 48076
248-595-8625 (office) 248-595-8623 (fax)
benjigatesestatesllc@live.com

### Commitment Letter
12 MONTH TERM

I, __Brenda Ealey__ (Purchaser) acknowledge and willingly state that I am currently committed to acquiring the real estate listed below. I further acknowledge that I am ready, able, and/or willing to acquire aforementioned property(s) with cash, credit, or my mortgage/program approvability.

I understand and acknowledge that my **COMMITMENT** is to close this transaction on or before __3-11-11__ or this **COMMITMENT deposit will become non-refundable**. I further acknowledge and understand that the property ownership shall be conveyed via **QUIT CLAIM DEED**.

Purchase Amount: $ __4500.00__

Deposit Amount: $ __500.00__

Date signed: __2/17/11__

Property Address(es): __19686 Mitchell - Conditions - Buyer will pay down on Down Payment with $500.00 Every other week beginning on 2/18/11. Closing date is set for 3-11-11 of which the Remaining balance on that date.__

Committed Purchaser(s) Signature(s):

__Brenda Ealey__   Date: __2/17/11__
Printed Name:
__Brenda Ealey__
Printed Name:

BENJIGATES ESTATES, LLC representative Signature(s):

_____   Date: _____

Printed Name: _____
Title: _____

Page 1 of 2