Bernard J. Youngblood
Wayne County Register of Deeds
April 17, 2012 08:21 AM
Inst:2012199544 QCD Pages:1
Liber:49769 Page:191

2012 APR 13 PM 1:12

2012 APR 17 AM 8:21

## QUIT CLAIM DEED

KNOW ALL MEN BY THESE PRESENTS: That ELM INVESTMENT CO

whose address is: 14815 GRAND RIVER, DETROIT, MI 48227

Quit Claim to: BRENDA EALEY

whose address is : 19686 MITCHELL, DETROIT, MI 48234

the following-described premises situated in the CITY of DETROIT , County of WAYNE and State of Michigan, to-wit:

E MITCHELL N 15FT LOT 98 LOT 97 HAMFORD SUB L36 P46 PLATS, WCR 13/246 45X101.50

Parcel Identification No.: 13023828.
Commonly known as: 19686 MITCHELL, DETROIT, MI 48234

together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, for the sum of $ 1.00 (ONE DOLLAR)

Exempt under: MCLA-207.505(5)(a)
: MCLA-207.526(6)(a)

Dated this 30 day of MARCH , 20 12.

Signed in the presence of:

Signed By: ELM INVESTMENT CO

ANTOINE BENJAMIN, AGENT

STATE OF MICHIGAN )
)§
COUNTY OF OAKLAND )

The foregoing instrument was acknowledged before me this 30TH day of APRIL , 20 12 by ANTOINE BENJAMIN, AGENT, ELM INVESTMENT CO

EUGENE W. BROADWAY   Notary Public
WAYNE   County, Michigan
Acting in OAKLAND County, Michigan
My commission expires: 3-18-2016

WHEN RECORDED RETURN TO:

BRENDA EALEY
19686 MITCHELL
DETROIT, MI 48234

DRAFTED BY: A. Benjamin

ELM INVESTMENT CO
14815 GRAND RIVER
DETROIT, MI 48227