**MONEY ORDER**

453089

NOTICE TO MEMBER

AS A CONDITION TO THIS INSTITUTION'S ISSUANCE OF THIS CHECK, PURCHASER AGREES TO PROVIDE AN INDEMNITY BOND PRIOR TO THE REFUND OR REPLACEMENT OF THIS CHECK IN THE EVENT IT IS LOST, MISPLACED OR STOLEN.

74-7807/2724

PLEASE FILL IN "PAY TO THE ORDER OF" LINE ON MONEY ORDER AND SIGN WITH ADDRESS–IMMEDIATELY.

COPY OF PERSONAL MONEY ORDER DRAWN ON

Benji GATES

NOT VALID FOR AMOUNTS OVER $1000.00

THE SUM OF $462 dols 00 cts

VOID OVER $462.00

**Peoples TRUST CREDIT UNION**
24333 LAHSER ROAD
SOUTHFIELD, MI 48034

The member who is buying this money order form with the number and amount shown hereon agrees to insert in ink the date, the payee, his own signature and address and assumes responsibility for all events made possible by his failure to do so.

NOT NEGOTIABLE

⑈453089⑈ ⑆272478075⑆ 272484988044⑈

NOTICE TO MEMBER

AS A CONDITION TO THIS INSTITUTION'S ISSUANCE OF THIS CHECK, PURCHASER AGREES TO PROVIDE AN INDEMNITY BOND PRIOR TO THE REFUND OR REPLACEMENT OF THIS CHECK IN THE EVENT IT IS LOST, MISPLACED OR STOLEN.

# MONEY ORDER

450567

74-7807/2724

PLEASE FILL IN "PAY TO THE ORDER OF" LINE ON MONEY ORDER AND SIGN WITH ADDRESS–IMMEDIATELY.

COPY OF PERSONAL MONEY ORDER DRAWN ON

NOT VALID FOR AMOUNTS OVER $1000.00

THE SUM OF $462 dols 00 cts

VOID OVER $462.00

**Peoples TRUST CREDIT UNION**
24333 LAHSER ROAD
SOUTHFIELD, MI 48034

The member who is buying this money order form with the number and amount shown hereon agrees to insert in ink the date, the payee, his own signature and address and assumes responsibility for all events made possible by his failure to do so.

NOT NEGOTIABLE

⑈450567⑈ ⑆272478075⑆ 27248498800⑈

48234

**UNITED STATES POSTAL SERVICE®**

**CUSTOMER'S RECEIPT**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION **NOT NEGOTIABLE** | Pay to | 19686 Mitchell | KEEP THIS RECEIPT FOR YOUR RECORDS |
|---|---|---|---|
| | Address | Last Pym | |

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 18789190007 | 2011-03-09 | 480761 | $500.00 | 0004 |

**UNITED STATES POSTAL SERVICE®** — **CUSTOMER'S RECEIPT**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION **NOT NEGOTIABLE** | Pay to | 19686 Mitchell Closing | KEEP THIS RECEIPT FOR YOUR RECORDS |
|---|---|---|---|
| | Address | | |

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 18789190018 | 2011-03-09 | 480761 | $600.00 | 0004 |

**NOTICE TO MEMBER**

AS A CONDITION TO THIS INSTITUTION'S ISSUANCE OF THIS CHECK, PURCHASER AGREES TO PROVIDE AN INDEMNITY BOND PRIOR TO THE REFUND OR REPLACEMENT OF THIS CHECK IN THE EVENT IT IS LOST, MISPLACED OR STOLEN.

## MONEY ORDER

450065

74-7807/2724

02-18-2011

PLEASE FILL IN "PAY TO THE ORDER OF" LINE ON MONEY ORDER AND SIGN WITH ADDRESS–IMMEDIATELY.

COPY OF PERSONAL MONEY ORDER DRAWN ON

Benni Estates (G7ATES)

NOT VALID FOR AMOUNTS OVER $1000.00

THE SUM OF $500 dols 00 cts

VOID OVER $500.00

**Peoples TRUST CREDIT UNION**
24333 LAHSER ROAD
SOUTHFIELD, MI 48034

The member who is buying this money order form (with the number and amount shown hereon) agrees to insert in ink the date, the payee, his own signature and address and assumes responsibility for all events made possible by his failure to do so.

NOT NEGOTIABLE

⑆450065⑆ ⑈272478075⑈ 272484988004⑆

**MoneyGram. Money Orders**

**PURCHASER'S RECEIPT**

INTERNATIONAL MONEY ORDER

5837892145 8

PAY TO THE ORDER OF:/
PAGAR A LA ORDEN DE: BenGate Estates LLC

IMPORTANT - SEE BACK BEFORE CASHING

Brenda Paler

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/DIRECCIÓN: 6171 Miller Pt, MI 48211

**COPY NOT NEGOTIABLE**

TERMS: PLEASE READ THE TERMS OF THIS MONEY ORDER ON THE REVERSE SIDE.